```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Adrian L. Blissit, Jr.,          :

    Plaintiff,               :

  v.                               :         Case No. 2:15-cv-2598

                                            :         JUDGE JAMES L. GRAHAM
Officer Fiquris,                          Magistrate Judge Kemp

    Defendant.               :

## ORDER

    Defendant has filed a motion for summary judgment. Plaintiff has not responded. The last document mailed to Plaintiff (Doc. 10) was returned with an indication that Plaintiff, formerly a state prisoner, had been paroled. The Court has no current address for him.

    It may be that Plaintiff has no further interest in prosecuting this case. The Clerk is directed to hold this case open for thirty days. If Plaintiff has not responded to the pending summary motion within that time, the case will be dismissed for failure to prosecute.


                                                    /s/ Terence P. Kemp
                                                    United States Magistrate Judge